DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 NOVEMBER 2015

| 462A14 | Aaron Byrd and Eric Coombs v. Franklin County, North Carolina | 1. Petitioners' Motion to Amend Record on Appeal<br><br>2. Respondent's Motion to Strike Proposed Amendment to Record on Appeal<br><br>3. Respondent's Motion to Strike Reply Brief | 1. Dismissed as moot<br><br>2. Dismissed as moot<br><br>3. Dismissed as moot |
|---|---|---|---|
| 542P05-2 | State v. Larry Eugene Allred | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-673) | Dismissed |
| 667P03-05 | Kenneth D. Bobbitt v. Danny Safrit, Administrator, Alexander Correctional Institution and Roy A. Cooper, III, Attorney General, State of North Carolina | 1. State's Motion for Temporary Stay (COAP14-766)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PWC to Review Decision of the COA | 1. Allowed **10/17/2014**<br><br>2. Allowed<br><br>3. Allowed |